UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DANIEL ACOSTA,<br><br>              Petitioner,<br><br>    v.<br><br>M.E. SPEARMAN,<br><br>              Respondent. | No.  2:16-cv-1582 KJN P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Petitioner has not, however, submitted the certificate portion of the in forma pauperis application that must be filled out and signed by an authorized prison official.  See Rule 3(a)(2), Rules Governing § 2254 Cases.  Therefore, petitioner will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall provide petitioner with a copy of the in forma pauperis application used by this court; and

////

////

1

2. Petitioner shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: July 15, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ts/acos1582.hc.3c